UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LINDA J. EISENMAN, individually and as
Personal Representative of the ESTATE OF
JEFFREY SCOTT EISENMAN, JULIE
EISENMAN and RYAN EISENMAN,

       Plaintiffs,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

       Defendant.

CASE NO. 1:19-cv-22431-JLK
Senior Judge James Lawrence King

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the parties will bring for hearing before Magistrate Judge Jacqueline Becerra at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, 10th Floor, Miami, Florida on March 3, 2020 at 2:00 p.m. the following:

1.      Defendant seeks rehearing to limit the Court's ruling at the February 4, 2020 hearing regarding the scope of prior incident discovery; and

2.      Plaintiff's motion to compel a forensic examination of Carnival's computer systems to recover email communications regarding Mr. Eisenman.

CASE NO. 1:19-cv-22431-JLK

**Certificate of Good Faith Conference**

The undersigned certifies that counsel for the parties have made a good faith attempt to resolve these discovery issues but  have been unable to do so.

Respectfully submitted,

/s/ *Victor J. Pelaez*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com

Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Victor J. Pelaez
Victor J. Pelaez

- 2 -

CASE NO. 1:19-cv-22431-JLK

- 3 -

**SERVICE LIST**

CASE NO. 1:19-cv-22431-JLK

Thomas D. Graham, Esquire
Leesfield Scolaro
2350 South Dixie Highway
Miami, FL 33133
E-Mail: graham@leesfield.com
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorney for Plaintiffs

Ira Leesfield, Esquire
Leesfield Scolaro
2350 South Dixie Highway
Miami, FL 33133
E-Mail: leesfield@leesfield.com
Telephone: (305) 854-4900
Attorney for Plaintiffs

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200